FILED
12/13/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JF

1:21-CR-748

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIE GLENN | Case No.<br><br>Violation: Title 18, United States Code, Sections 922(g)(1) and 922(o)(1) |

JUDGE BLAKEY
MAGISTRATE JUDGE FINNEGAN

## COUNT ONE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about June 21, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIE GLENN,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a loaded .40-caliber Glock 23 handgun bearing serial number WPZ846, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about June 21, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

WILLIE GLENN,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a loaded .40-caliber Glock 23 handgun bearing serial number WPZ846, which had been converted to shoot automatically more than one shot with a single function of the trigger, and a conversion device, also known as an "auto sear" and "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes a .40-caliber Glock 23 handgun bearing serial number WPZ846, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY